UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM JON RILURCASA,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-01568-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 8) |

    Plaintiff Tom Jon Rilurcasa is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    On December 16, 2020, the Court screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 8.) Over thirty days have passed and Plaintiff has not filed an amended complaint or otherwise responded to the Court's order. Accordingly, within **fourteen (14)** days from the date of service of this order, Plaintiff shall show cause in writing why the action should not be dismissed. <u>Plaintiff is warned again that failure to comply with this order will result in a recommendation to a District Judge that the instant action be dismissed for failure to prosecute, failure to obey a court order, and failure to state a cognizable claim for relief</u>.

IT IS SO ORDERED.

Dated:   **January 25, 2021**

                                  UNITED STATES MAGISTRATE JUDGE