1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9    TOM JON RILURCASA,                    No.  1:20-cv-01568-JLT-SAB (PC)

10                    Plaintiff,            ORDER LIFTING STAY OF CASE AND
                                           DIRECTING CLERK OF COURT TO ISSUE
11           v.                            THE DISCOVERY AND SCHEDULING
                                           ORDER
12   STATE OF CALIFORNIA, et al.,
                                           (ECF No. 67)
13                    Defendants.

14

15

16          Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant

17   to 42 U.S.C. § 1983.

18          On September 28, 2023, a settlement conference was held before Magistrate Judge

19   Barbara A. McAuliffe and the parties did not reach a settlement agreement.

20          Accordingly, it is HEREBY ORDERED that:

21          1.      The stay of the case issued on July 5, 2023, is lifted; and

22          2.      The Clerk of Court shall issue the discovery and scheduling order.

23

24   IT IS SO ORDERED.

25   Dated:   __October 2, 2023__          _____

26                                         UNITED STATES MAGISTRATE JUDGE

27

28

                                           1