1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   TOM JON RILURCASA, | No.  1:20-cv-01568-JLT-SAB (PC) |
| 12          Plaintiff, | ORDER DIRECTING CLERK OF COURT |
| | TO TERMINATE ACTION PURSUANT TO |
| 13      v. | THE PARTIES' STIPULATION FOR |
| | VOLUNTARY DISMISSAL |
| 14   STATE OF CALIFORNIA, et al., | |
| | (ECF No. 70) |
| 15          Defendants. | |

16

17         On October 6, 2023, the parties filed a stipulation for voluntary dismissal, with prejudice.

18   (ECF No. 70.)

19         In light of parties' stipulation for voluntary dismissal, this action is terminated by

20   operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party

21   is to bear its own litigation costs and attorney's fees. The Clerk of the Court is directed to

22   terminate all pending motions and deadlines and close this action.

23

24   IT IS SO ORDERED.

25   Dated:    **October 10, 2023**         _____
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28

                                                 1