UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM JON RILURCASA,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. 1:20-cv-01568-JLT-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR CLARIFICATION<br><br>(ECF No. 72) |

On October 10, 2023, the instant action filed pursuant to 42 U.S.C. § 1983 was terminated pursuant to the parties' stipulation for voluntary dismissal. (ECF No. 71.)

Currently before the Court is Plaintiff's motion for clarification, filed October 16, 2023. (ECF No. 72.) Plaintiff submits that on October 6, 2023, he received a copy of the Court's discovery and scheduling order issued on October 2, 2023 (ECF 69), and he seeks clarification as to whether this action has been dismissed. The October 2 order was issued after the case was noted as not settling on September 18, 2023. (ECF No. 67.) Subsequent to that Order, the case was settled through Stipulation (ECF 70) and the matter dismissed (ECF 71).

As stated, this action was terminated by operation of law pursuant to the parties' stipulation for voluntary dismissal filed on October 6, 2023, and Plaintiff is advised that any orders issued prior to the filing of the stipulation are now null and void.

IT IS SO ORDERED.

Dated:   **October 17, 2023**

UNITED STATES MAGISTRATE JUDGE

1